1 | STEPHEN A. KING – SB# 224683
LAW OFFICES OF STEPHEN A. KING
2 | 9701 Wilshire Blvd, 10th Floor
Beverly Hills, California 90212
3 | Phone (310) 598-6703
4 | Fax    (310) 499-5288

5

6 | Attorney for Plaintiff,
ALICE GONZALEZ

7

8

9 | **UNITED STATES DISTRICT COURT**

10 | **CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION**

11

12

13 | ALICE GONZALEZ , an individual,

     PLAINTIFF,

14

15 | vs.

16 | COUNTY OF VENTURA, a municipal
corporation; DEPUTY JOEL KLINE,
17 | individually, and in his official capacity as
a Sheriff Deputy for the County of
18 | Ventura; and DOES 1 through 10,
inclusive,
19

20

21 | Defendants.

22

23

24

25

26

27

28

**CASE NO.:**

**CV11-03916** GAF (MRWx)

**COMPLAINT FOR DAMAGES:**

**CIVIL RIGHTS VIOLATIONS
PURSUANT TO 42 U.S.C. § 1983**

**[DEMAND FOR JURY TRIAL]**

-1-

# I.

## INTRODUCTION

This is a case about deliberate indifference to the consequences of its actions by the Ventura County Sheriff Department, COUNTY OF VENTURA, Sheriff Deputy JOEL KLINE, and DOES 1-10 Inclusive, upon the person of PLAINTIFF while PLAINTIFF was under the custody, care and control of said DEFENDANTS. Deliberate indifference to PLAINTIFF'S safety and serious medical needs are the crux of PLAINTIFF'S claim.

On or about 3:20 p.m. May 7, 2009, SHERIFF DEPUTIES of VENTURA COUNTY, while acting under color of law, acted with deliberate indifference to the consequences of its actions by knowingly failing to take measures to protect against a known dangerous condition. Defendants, and each of them, did not properly maintain a leak which formed a puddle of water that caused PLAINTIFF to fall while in handcuffs in violation of PLAINTIFF's federal constitutional rights to be free from unwarranted governmental intrusion and abuse in the form of creating a dangerous condition.  PLAINTIFF'S fall while under the custody and control of DEFENDANTS caused PLAINTIFF to suffer severe physical injury, emotional distress and damage to her person.  As a result of the DEFENDANT'S actions ALICE GONZALEZ suffered, a shoulder injury, a knee injury, swollen knee, injuries to her back, fractured wrist, swollen hand,

COMPLAINT FOR DAMAGES: CIVIL RIGHTS VIOLATIONS PURSUANT TO 42 U.S.C. § 1983
[DEMAND FOR JURY TRIAL]

fractured finger, leg bruises, chest pains, sore ribs, and numbness of hands, arms and shoulders from handcuffs.  DEFENDANTS further acted with deliberate indifference to PLAINTIFF'S safety and serious medical needs by failing to offer medical assistance for her fall and subsequent injuries, rather the deputies teased and ridiculed PLAINTIFF.

## II.

## JURISDICTION AND VENUE

1.     This action arises under Title 42 of the United States Code, Section 1983. Jurisdiction is conferred upon this Court by title 42 of the United States Code, Sections 1983 and Cal Gov Code Section 835 (2011). Venue is proper in the United States District Court for the Central District of California because the unlawful acts and practices alleged herein occurred in the County of Ventura, California, which is within this judicial district.

## III.

## PARTIES

2.     PLAINTIFF ALICE GONZALEZ  ("PLAINTIFF") is and was at all times mentioned herein a citizen of the United States of America and a resident of California living in Oxnard, CA.

3.     Defendant COUNTY OF VENTURA is a municipal corporation, duly organized and existing under the laws of the State of California. The

-3-
COMPLAINT FOR DAMAGES: CIVIL RIGHTS VIOLATIONS PURSUANT TO 42 U.S.C. § 1983
[DEMAND FOR JURY TRIAL]

COUNTY operates under its authority the Sheriff's Department. It is responsible for the policies, procedures, and practices implemented through its various agencies, agents, departments, and employees, and for the injury occasioned thereby.  It was also the public employer of defendant's DEPUTY JOEL KLINE, and DOES 1 THROUGH 10, inclusive, at all times relevant to this Complaint. It was at all times herein relevant directing and controlling the law enforcement officials who committed the unlawful conduct complained of herein.

4.      Ventura County Sheriff Deputies JOEL KLINE and DOES 1 THROUGH 10, inclusive, are defendants in this case and are being sued individually and in their official capacities as law enforcement officers. At all times relevant herein, they acted under color of state law and were acting under the control and direction of COUNTY.

5.      At all times mentioned herein, defendant DEPUTY JOEL KLINE was employed by Defendant COUNTY as a deputy sheriff. He is being sued individually and in his official capacity as a deputy sheriff for the COUNTY.

6.      PLAINTIFF is ignorant of the true names and capacities of Defendants DOES 1 THROUGH 10, inclusive, and therefore sues these defendants by such fictitious names. PLAINTIFF is informed and believes and thereon alleges that each Defendant so named is responsible in some manner for the injuries and damages sustained by PLAINTIFF as set forth herein.

PLAINTIFF will amend the Complaint to state the names and capacities of DOES 1 THROUGH 10, inclusive, when they have been ascertained.

7.     In engaging in the conduct described herein, defendant's DEPUTY JOEL KLINE and DOES 1 THROUGH 10 acted under the color of law and in the course and scope of their employment with Defendant COUNTY.  Defendant COUNTY is liable for the wrongful acts of its defendant officers alleged herein under the principles of respondent superior. In engaging in the conduct described herein, Defendants acted with deliberate indifference to the consequences of their actions.

8.     The statute of limitations for filing this action is May 7, 2011.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

COMPLAINT FOR DAMAGES: CIVIL RIGHTS VIOLATIONS PURSUANT TO 42 U.S.C. § 1983
[DEMAND FOR JURY TRIAL]

# IV.

## FACTS MATERIAL TO ALL CAUSES OF ACTION

9.      On May 7, 2009 at or about 3:20 p.m., PLAINTIFF was riding in the passenger seat of her friend's car near her home at 5271 Squires Dr., Oxnard, CA 93033.

10.      PLAINTIFF friend's car was pulled over by the Ventura County Sheriff's Deputy in a marked vehicle.

11.      PLAINTIFF was not under the influence of any mind altering substances. PLAINTIFF gave her drivers license to the deputies upon request.

12.      PLAINTIFF was arrested as a passenger in the car for a traffic ticket that had become a warrant without PLAINTIFF'S knowledge.

13.      PLAINTIFF was then transported to the Sheriff's Department complex located at 800 S. Victoria Blvd., Ventura CA for booking.

14.      PLAINTIFF'S hands were handcuffed behind her back during the booking process.

15.      While being booked PLAINTIFF fell on what appeared to her as aged water on the floor.

16.      PLAINTIFF fell on her left side, injuring her left shoulder, left wrist/hand, fractured left middle finger, and left knee.

17.    PLAINTIFF'S pants were wet and she had to be helped up to her feet.

18.    DEFENDANTS knew of this dangerous condition and failed to take protective measures. DEFENDANTS acted with deliberate indifference to the consequences of its actions by allowing a dangerous condition to exist in an area of high activity and footwork.

19.    PLAINTIFF was never offered any medical assistance or given any treatment while she was at the Sheriff's Department complex located at 800 S. Victoria Blvd.

20.    PLAINTIFF was ridiculed and told by a Deputy in a joking fashion that she "fell with grace", as he admitted viewing the fall on camera.

21.    PLAINTIFF was taken to Ventura County Medical County Medical Center at a later time. PLAINTIFF has required physical therapy since June 9, 2009 due to this incident.

22.    DEFENDANTS admitted to PLAINTIFF knowing where the water came from earlier during the day yet never bothered to clean it up allowing the dangerous condition to exist.

23.    As a result of Defendant's actions, PLAINTIFF suffered severe emotional distress, and painful physical injuries.  Her physical injuries include, a shoulder injury, a knee injury, swollen knee, injuries to her back, fractured wrist,

swollen hand, fractured finger, leg bruises, chest pains, sore ribs, and numbness of hands, arms and shoulders from handcuffs.

24.    These injuries could have been prevented by Defendant COUNTY and its employees in the Ventura County Sheriff's Department if it had:

     a.    Taken measures to protect against a dangerous condition;

     b.    Properly trained its deputies to recognize and address a known dangerous condition;

     c.    Appropriately discipline deputies who knowingly allow a dangerous condition to exist;

     d.    Competently investigated the incident complained of herein;

     e.    Enacted and enforced policies and practices designed to prevent unlawful harm to citizens and supported said policies with proper discipline.

**V.**

**FIRST CAUSE OF ACTION**
**(42 U.S.C. SECTION 1983)**

**VIOLATION OF CONSTITUTIONAL RIGHT TO BE FREE FROM UNREASONABLE SEIZURES AND EXCESSIVE FORCE [AS TO DEFENDANT'S DEPUTY JOEL KLINE AND DOES 1 THROUGH 10, INCLUSIVE, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY AS DEPUTIES OF THE VENTURA COUNTY SHERIFF'S DEPARTMENT]**

-8-

25.     All preceding paragraphs are incorporated herein by this reference as though fully set forth within this cause of action.

26.     This action is brought pursuant to 42 U.S.C. § 1983, and the Fourth and Fourteenth Amendments of the United States Constitution.

27.     On or before and May 7th, 2009, PLAINTIFF ALICE GONZALEZ possessed the right, guaranteed by the Fourth and Fourteenth Amendments of the United States Constitution, to be free from unreasonable searches and seizures in the form of excessive force by police officers acting under color of law.

28.     DEPUTY JOEL KLINE, and DOES 1 THROUGH 10, inclusive, and each of them caused the person of ALICE GONZALEZ to be unreasonably injured when they acted with deliberate indifference to the consequences of their actions in violation of her rights under the laws and Constitution of the United States, in particular the Fourth Amendment of the United States Constitution guarantee against unreasonable seizures.

29.     Thereafter, said DEPUTIES violated PLAINTIFF'S Fourth Amendment rights by unlawfully and unreasonably and deliberately allowing PLAINTIFF to fall for their amusement.

30.     JOEL KLINE did not have a legitimate concern for their safety of the PLAINTIFF when the Defendants allowed the dangerous condition to exist and took no measures to protect plaintiff against it.

COMPLAINT FOR DAMAGES: CIVIL RIGHTS VIOLATIONS PURSUANT TO 42 U.S.C. § 1983
[DEMAND FOR JURY TRIAL]

31.     Said JOEL KLINE acted specifically with the intent to deprive ALICE GONZALEZ of the following rights under the United States Constitution:

    a.     Freedom from unreasonable seizures, in the form of the use of excessive force by police officers,

    b.     Freedom from a deprivation of liberty without due process of law.

32.     Said defendants acted at all times herein knowing full well that the established practices, customs, procedures and policies of Defendant COUNTY and its employees in the Ventura County Sheriff's Department would allow a cover-up of such an incident of unwarranted police abuse and allow the continued use deliberate indifference to the safety of a suspect in custody in violation of the Fourth Amendment of the Constitution of the United States.

33.     As a direct and proximate result of the aforementioned acts of JOEL KLINE and DOES 1 THROUGH 10, inclusive, ALICE GONZALE Zsuffered the violation of her constitutional rights as described above.

34.     By committing the acts complained of herein, JOEL KLINE and DOES 1 THROUGH 10, inclusive acted under color of law to deprive PLAINTIFF of certain constitutionally protected rights, including, but not limited to:

-10-

a.  The right to be free from unreasonable searches and seizures as guaranteed by the Fourth and Fourteen Amendments to the United States Constitution;

b.  The right not to be deprived of life or liberty without due process of law, as guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution;

c.  The right to be free from the use of excessive force by police officers, which is guaranteed by the Fourth, Fifth, and Fourteenth Amendment to the United States Constitution;

d.  The right to equal protection of the laws, as guaranteed by the Fourteenth Amendment to the United States Constitution;

e.  The right to be free from law enforcement policies and practices that cause deprivations of Constitutional Rights; and/or,

f.  The right to be free from interference within the zone of privacy, as protected by the Fourth and Ninth Amendments of the United States Constitution;

g.  Defendants failure to timely respond to PLAINTIFF's accident and injuries may state a claim of deliberate indifference to PLAINTIFF's serious medical needs.

COMPLAINT FOR DAMAGES: CIVIL RIGHTS VIOLATIONS PURSUANT TO 42 U.S.C. § 1983
[DEMAND FOR JURY TRIAL]

1    WHEREFORE, PLAINTIFF prays for relief as hereinafter set forth.

2                                    **VI.**

3

4                    **SECOND CAUSE OF ACTION**
                **MUNICIPAL LIABILITY FOR VIOLATION**
5                  **OF CONSTITUTIONAL RIGHTS**
                      **(42 U.S.C. SECTION 1983)**
6            **[AS TO DEFENDANT COUNTY OF VENTURA]**

7

8         35.    All preceding paragraphs are incorporated herein by reference as

9    though fully set forth within this cause of action.

10

11        36.    As against Defendant COUNTY and/or DOES 1 THROUGH 10

12   inclusive, in their capacity as official policy-maker(s) for the COUNTY,

13   PLAINTIFF further alleges that the acts and/or omissions alleged in the

14
     Complaint herein are indicative and representative of a repeated course of
15

16   conduct by members of the Defendant COUNTY and its employees in the

17   Ventura County Sheriff's Department tantamount to a custom, policy or repeated

18
     practice of condoning and tacitly encouraging the abuse of police authority, and
19

20   disregard for the constitutional rights of citizens.

21        37.    ALICE GONZALEZ is further informed and believes and thereon

22
     alleges that the acts and omissions alleged herein are the direct and proximate
23

24   result of the deliberate indifference of Defendants COUNTY, and DOES 1

25   THROUGH 10, inclusive, and each of them, to repeated acts of police

26

27
                                    -12-
28

misconduct which were tacitly authorized, encouraged and/or condoned by the Defendant COUNTY, and DOES 1 THROUGH 10, inclusive, and each of them.

38.     The injuries and damages to ALICE GONZALEZ as alleged herein were the foreseeable and proximate result of said customs, policies, patterns and/or practices of Defendant COUNTY, DOES 1 THROUGH 10, inclusive, and each of them.

39.     PLAINTIFF is further informed and believes and thereon alleges that the damages sustained as alleged herein were the direct and proximate result of municipal customs and/or policies of deliberate indifference in the training, supervision and/or discipline of members of the Defendant COUNTY and its employees in the Ventura County Sheriff's Department.

40.     PLAINTIFF is further informed and believes and upon such information and belief alleges that PLAINTIFF'S damages and injuries were caused by customs, policies, patterns or practices of Defendant COUNTY, and Defendant DOES 1 THROUGH 10, inclusive, and each of them, of deliberate indifference in the training, supervision and/or discipline of Defendant DEPUTIES, DOES 1 THROUGH 10, inclusive, and/or each of them.

41.     The aforementioned customs, policies or practices of Defendant COUNTY, Defendant DOES 1THROUGH 10, inclusive, and each of them,

COMPLAINT FOR DAMAGES: CIVIL RIGHTS VIOLATIONS PURSUANT TO 42 U.S.C. § 1983
[DEMAND FOR JURY TRIAL]

resulted in the deprivation of PLAINTIFF'S constitutional rights including, but not limited to, the following:

      a.     The right to be free from unreasonable searches and seizures, as guaranteed by the Fourth and Fourteenth Amendments to the United States Constitution;

      b.     The right not to be deprived of life or liberty without due process of law, as guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution;

      c.     The right to be free from the use of excessive force by police officers, which is guaranteed by the Fourth, Fifth, and Fourteenth Amendments to the United States Constitution;

      d.     The right to equal protection of the laws, as guaranteed by the Fourteenth Amendment to the United States Constitution;

      e.     The right to be free from law enforcement policies and practices that cause deprivations of Constitutional Rights; and/or,

      f.     The right to be free from interference within the zone of privacy, as protected by the Fourth and Ninth Amendments to The United States Constitution.

42.    Said rights are substantive guarantees under the Fourth and/or

COMPLAINT FOR DAMAGES: CIVIL RIGHTS VIOLATIONS PURSUANT TO 42 U.S.C. § 1983
[DEMAND FOR JURY TRIAL]

Fourteenth Amendments to the United States Constitution.

WHEREFORE, PLAINTIFF prays for relief as hereinafter set forth.

**VII.**

**THIRD CAUSE OF ACTION**
**VIOLATION OF CAL GOV CODE § 835 (2011)**
**PUBLIC ENTITY LIABLE FOR INJURY CAUSED BY DANGEROUS**
**CONDITOINS OF THE PROPERTY**
**[AS TO DEFENDANTS JOEL KLINE, AND DOES 1 THROUGH 10,**
**INCLUSIVE, AS DEPUTIES OF THE VENTURA COUNTY SHERIFF'S**
**DEPARTMENT]**

43.     All preceding paragraphs are incorporated herein by reference as

though fully set forth within this cause of action.

44.     PLAINTIFF alleges that the dangerous condition existed at the time

of the injury.

45.     PLAINTIFF alleges that her injury was proximately caused by the

aforementioned dangerous condition.

46.     PLAINTIFF further alleges that the dangerous condition created a

reasonable and foreseeable risk of the kind of injury that occurred.

47.     DEPUTY JOEL KLINE, and DOES 1 THROUGH 10, inclusive,

committed a negligent or wrongful act or omission of Defendant within the scope

of their employment created the dangerous condition.

-15-

48.     DEPUTY JOEL KLINE, and DOES 1 THROUGH 10, inclusive, had actual or constructive notice of the dangerous condition under Section 835.2 a sufficient time prior to the injury to have taken measures to protect against the dangerous condition.

## VIII.

## JURY DEMAND

49.     PLAINTIFF's hereby demand a jury trial in this action.

\\\

\\\

\\\

\\\

\\\

\\\

\\

\\\

\\\

\\\

# IX.

# PRAYER

WHEREFORE, PLAINTIFF prays for relief as follows:

50.    For general damages in a sum of $150,000.00;

51.    For special damages in a sum according to proof;

52.    For punitive damages in a sum according to proof;

53.    For reasonable attorney's fees pursuant to 42 U.S.C. Section 1988, and other applicable laws;

54.    For cost of suit herein incurred; and

55.    For such other and further relief as the Court deems just and proper.

DATED this 6 day of May, 2011.

Respectfully submitted,
STEPHEN A. KING

-17-
COMPLAINT FOR DAMAGES: CIVIL RIGHTS VIOLATIONS PURSUANT TO 42 U.S.C. § 1983
[DEMAND FOR JURY TRIAL]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Gary A. Feess and the assigned discovery Magistrate Judge is Michael Wilner.

The case number on all documents filed with the Court should read as follows:

## CV11- 3916 GAF (MRWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=======================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
Stephen A. King (SBN 224683)
Law Offices of Stephen A. King
9701 Wilshire Blvd, 10th Floor
Beverly Hills, California 90212
Phone (310) 598-6703 / Fax (310) 499-5288

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ALICE GONZALEZ, an individual, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | **CV11-03916** GAF (MRNx) |
| v. | |
| COUNTY OF VENTURA, a municipal corporation; (see attached) | **SUMMONS** |
| DEFENDANT(S). | |

TO:   DEFENDANT(S): _____

_____

A lawsuit has been filed against you.

    Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Stephen A. King (SBN 224683)_, whose address is _9701 Wilshire Blvd, 10th Floor Beverly Hills, California 90212_.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MAY - 6 2011

Clerk, U.S. District Court

Dated: _____

By: _____

**JULIE PRADO**

Deputy Clerk

*(Seal of the Court)*

SEAL

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

STEPHEN A. KING – SB# 224683
LAW OFFICES OF STEPHEN A. KING
9701 Wilshire Blvd, 10th Floor
Beverly Hills, California 90212
Phone (310) 598-6703
Fax    (310) 499-5288

Attorney for Plaintiff,
ALICE GONZALEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| ALICE GONZALEZ , an individual, <br><br> PLAINTIFF, <br><br> vs. <br><br> COUNTY OF VENTURA, a municipal corporation; DEPUTY JOEL KLINE, individually, and in his official capacity as a Sheriff Deputy for the County of Ventura; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: <br><br> **COMPLAINT FOR DAMAGES:** <br><br> **CIVIL RIGHTS VIOLATIONS PURSUANT TO 42 U.S.C. § 1983** <br><br> **[DEMAND FOR JURY TRIAL]** |

-1-
COMPLAINT FOR DAMAGES: CIVIL RIGHTS VIOLATIONS PURSUANT TO 42 U.S.C. § 1983
[DEMAND FOR JURY TRIAL]

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) <br> ALICE GONZALEZ, an individual, | DEFENDANTS <br> COUNTY OF COUNTY OF VENTURA, a municipal corporation; (see attached) |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br><br> Stephen A. King (SBN 224683) Law Offices of Stephen A. King <br> 9701 Wilshire Blvd, 10th Floor Beverly Hills, California 90212 <br> Phone (310) 598-6703 / Fax (310) 499-5288 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff      ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☐ No        ☐ MONEY DEMANDED IN COMPLAINT: $ 150,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

CV11-03916

**FOR OFFICE USE ONLY:**    Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| VENTURA County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| VENTURA County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| VENTURA County | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date _____

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

STEPHEN A. KING – SB# 224683
LAW OFFICES OF STEPHEN A. KING
9701 Wilshire Blvd, 10th Floor
Beverly Hills, California 90212
Phone (310) 598-6703
Fax   (310) 499-5288

Attorney for Plaintiff,
ALICE GONZALEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| ALICE GONZALEZ , an individual, | CASE NO.: |
| PLAINTIFF, | |
| vs. | **COMPLAINT FOR DAMAGES:** |
| COUNTY OF VENTURA, a municipal corporation; DEPUTY JOEL KLINE, individually, and in his official capacity as a Sheriff Deputy for the County of Ventura; and DOES 1 through 10, inclusive, | **CIVIL RIGHTS VIOLATIONS PURSUANT TO 42 U.S.C. § 1983** |
| | **[DEMAND FOR JURY TRIAL]** |
| Defendants. | |

-1-
COMPLAINT FOR DAMAGES; CIVIL RIGHTS VIOLATIONS PURSUANT TO 42 U.S.C. § 1983
[DEMAND FOR JURY TRIAL]