ARIEL PIERRE CALONNE, State Bar No. 110268
acalonne@ci.ventura.ca.us
City Attorney
ANDY H. VIETS, State Bar No. 127089
aviets@ci.ventura.ca.us
Senior Assistant City Attorney
JENNIFER LEE, State Bar No. 256416
jlee@ci.ventura.ca.us
Assistant City Attorney
City of San Buenaventura
501 Poli Street
Post Office Box 99
Ventura, California 93002-0099
Telephone: (805) 654-7818
Facsimile: (805) 641-0253

Attorneys for Defendant
OFFICER JOEL KLINE

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE GONZALEZ, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF VENTURA, a municipal corporation; OFFICER JOEL KLINE, individually, and in his capacity as a Police Officer for the City of Ventura; and DOES 1 through 10, INCLUSIVE,<br><br>　　　　　Defendants. | Case No.: CV11-03916-GAF-(MRWx)<br><br>[~~PROPOSED~~] JUDGMENT |

　　　　This action was scheduled for hearing before the Court on April 1, 2013, Honorable Gary A. Feess, District Court, Presiding, on a Motion for Summary Judgment by defendant OFFICER JOEL KLINE against plaintiff ALICE GONZALEZ. The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered, the court took the hearing off calendar and

1 | ORDERED AND ADJUDGED that plaintiff ALICE GONZALEZ take nothing from defendant JOEL KLINE and that judgment be, and hereby is, entered in favor of defendant JOEL KLINE.

Furthermore, the Motion to Dismiss of defendant CITY OF SAN BUENAVENTURA, having been previously granted in its entirety on June 22, 2012 [PACER Document No. 28], IT IS ORDERED AND ADJUDGED that plaintiff ALICE GONZALEZ take nothing from defendant CITY OF SAN BUENAVENTURA, and that judgment be, and hereby is, entered in favor of defendant CITY OF SAN BUENAVENTURA.

Defendants CITY OF SAN BUENAVENTURA and JOEL KLINE are hereby awarded their statutory costs of suit.

Dated: March 27, 2013

*/s/ Gary Feess*

Honorable Gary A. Feess